UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| SOMCHANH AMPHONEPHONG,<br><br>    Petitioner,<br><br>  v.<br><br>WARDEN,<br><br>    Respondent. | )<br>)<br>)<br>)<br>) No. 2:22-cv-00237-JMS-MKK<br>)<br>)<br>)<br>) |

# **FINAL JUDGMENT**

The Court now enters FINAL JUDGMENT in favor of the respondent and against the petitioner.

The petitioner's petition for writ of habeas corpus is denied and the action is dismissed with prejudice.

Date: 2/2/2024

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A. G. Sharpe, Clerk of Court

By: _____
   Deputy Clerk

Distribution:

SOMCHANH AMPHONEPHONG
222105
WABASH VALLEY - CF
WABASH VALLEY CORRECTIONAL FACILITY - Inmate Mail/Parcels
Electronic Service Participant – Court Only

Tyler G. Banks
INDIANA ATTORNEY GENERAL
tyler.banks@atg.in.gov